## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVAN WIGGINS, ADC #156573                                                                PLAINTIFF

v.                                          NO. 5:14CV00153 JLH-JTR

KENNETH HOLLINS, Police Officer,
Jacksonville Police Department; and
C.J. HICKS, Police Officer,
Jacksonville Police Department                                                            DEFENDANTS

## JUDGMENT

    Pursuant to the Order entered separately today, this action is dismissed without prejudice.

The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

    IT IS SO ORDERED this 9th day of June, 2014.

                                                                     */s/ J. Leon Holmes*

                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE